B6J (Official Form 6J) (12/07)

In re  Jerry Lee Davis
       Natta Davis _____   Case No. **11-81992** _____
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | |
| b. Is property insurance included? | Yes ___  No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 315.00 |
| b. Water and sewer | | $ 75.00 |
| c. Telephone | | $ 0.00 |
| d. Other  **See Detailed Expense Attachment** | | $ 232.50 |
| 3. Home maintenance (repairs and upkeep) | | $ 200.00 |
| 4. Food | | $ 757.00 |
| 5. Clothing | | $ 244.00 |
| 6. Laundry and dry cleaning | | $ 51.17 |
| 7. Medical and dental expenses | | $ 150.00 |
| 8. Transportation (not including car payments) | | $ 488.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 90.00 |
| 10. Charitable contributions | | $ 75.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 25.69 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 68.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **See Detailed Expense Attachment** | | $ 75.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 504.15 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ 737.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,087.51 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| **NONE** | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | | $ 4,072.51 |
| b. Average monthly expenses from Line 18 above | | $ 4,087.51 |
| c. Monthly net income (a. minus b.) | | $ -15.00 |

Case 11-81992   Doc 12   Filed 12/09/11   Page 1 of 3

B6J (Official Form 6J) (12/07)

In re  Jerry Lee Davis
       Natta Davis
                                          Debtor(s)

Case No. 11-81992

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cell Phone | $ 75.00 |
| Cable | $ 85.00 |
| Internet | $ 60.00 |
| Homeowner's Association Dues | $ 12.50 |
| **Total Other Utility Expenditures** | **$ 232.50** |

**Specific Tax Expenditures:**

| | |
|---|---:|
| Personal Property Taxes | $ 25.00 |
| Real Property Taxes | $ 50.00 |
| **Total Tax Expenditures** | **$ 75.00** |

**Other Expenditures:**

| | |
|---|---:|
| Personal Grooming | $ 67.00 |
| Housekeeping | $ 74.00 |
| Emergency | $ 150.00 |
| Miscellaneous | $ 85.00 |
| Children's School/Sports Activities | $ 100.00 |
| Chapter 13 plan payment (priority over 36 mos =46.56) | $ 261.00 |
| **Total Other Expenditures** | **$ 737.00** |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Jerry Lee Davis and Natta Davis**

Social Security Nos.: xxx-xx-4433 & xxx-xx-9854

Address: 405 Evans Drive, Cameron, NC 28326

Debtors.

# AMENDED
# Below Median Income
# Disposable Income Calculation

| | | | |
|---|---|---|---|
| **CMI Income** (Before Marital Adjustment) (Form 22C, line 18) | $5,412.99 | **Schedule I Income** **Minus** **Schedule I Expenses** (Sch. I, line 16) | $4,072.51 |
| **Minus** | | | |
| **Child Support received** (Sch. I, line 10) (NOT including child support received by NON-filing spouse) | $0.00 | | |
| **Schedule I expenses** (1st column)(Sch. I, line 5) | ($1,340.48) | | |
| **Schedule I expenses** (2nd column)(Sch. I, line 5) | $0.00 | | |
| **Schedule J expenses** (including priority debts averaged over 36 mos.) (Sch. J, line 20b) | ($3873.07) | **Schedule J expenses** (including proposed plan payment) (Sch. J, line 20b) | $4,102.51 |
| **Equals Means Test Derived Disposable Income:** | $200.44 | **Equals Actual Disposable Income:** (Sch. J, line 20c) | (30.00) |

(rev. 10/31/11)

Case 11-81992    Doc 12    Filed 12/09/11    Page 3 of 3