UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Jerry Lee Davis and Natta Davis**
S.S. Nos.: xxx-xx-4433 and xxx-xx-9854
Mailing Address: 405 Evans Drive, Cameron, NC 28326-

Case No. 11-81992

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on September 21, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: December 30, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
(919) 847-9750
(919) 847-3439
Email: postlegal@johnorcutt.com

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(EASTERN OR MIDDLE DISTRICT - DEBT BUSTER)

Date: 9/13/11
Lastname-SS#: Pate-5455

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |

## ARREARAGE CLAIMS ON RETAINED COLLATERAL

| | Creditor Name | Sch D # | Arrearage Amount |
|---|---|---|---|
| Retain | N/A | | |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |

## STD - SECURED DEBTS (Retain Collateral & Pay FMV Of Collateral)

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Yamaha | | $1,300 | 5.25 | | $25 | 2010 Yamaha Scooter |

## STD - SECURED DEBTS & 910 CLAIMS (Pay 100%)

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | BB&T | | $25,091 | 5.25 | $187 | $476 | 2009 Nissan Maxima |

## ATTORNEY FEES (Unpaid part) | Amount
| Law Offices of John T. Orcutt, P.C. | $2,600 |

## SECURED TAXES | Secured Amount
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

## UNSECURED PRIORITY DEBTS | Amount
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%) Int.% | Payoff Amount
| N/A | |

## GENERAL NON-PRIORITY UNSECURED | Amount to Pay*
| DMI = None ($0) | |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ 577 /mo for 60 months, then

$ N/A /mo for N/A months.**

### Definitions

Sch D # = The number of the secured debt as listed on Schedule D.

Int. Rate = Interest Rate = Trustee's rate = Till rate.

Adequate Protection = Monthly 'Adequate Protection' payment amt.

* = DMI x total no. of months of plan

** = Plan duration is subject to "Duration of Chapter 13 Plan" provision.

Chap13_Plan_Debt_Buster (rev. 2/22/07) © John T. Orcutt (Page 4 of 4)

## Other Miscellaneous Provisions
Please allow three waivers upon request*

## CERTIFICATE OF SERVICE

I, Charlene Ennemoser, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Ennemoser
Charlene Ennemoser

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Department of Revenue<br>Post Office Box 25000<br>Raleigh, NC 27640-0002 | Hidden Lakes Homeowner's Assoc<br>c/o Anne Long<br>213 Lakeview Lane<br>Cameron, NC 28326 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Amelia & Rebecca Schneider<br>1356 Casa Park Circle<br>Winter Springs, FL 32708 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Bank of America<br>4060 Ogletown/Stanton Road<br>Newark, DE 19713 | Jay & Melissa Gomez<br>1499 Creekside Circle<br>Winter Springs, FL 32708 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Bank of America<br>Post Office Box 25118<br>Tampa, FL 33622-5158 | Kenneth York<br>1493 Casa Park Circle<br>Winter Springs, FL 32708 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Central Florida Community Management<br>for Casa Park<br>266 Willshire Boulevard<br>Casselberry, FL 32707 | Moore County Tax Collector<br>Post Office Box 457<br>Carthage, NC 28327-0457 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Chelsea Park Homeowner's Association<br>c/o Vista Community Management<br>Post Office Box 162147<br>Altamonte Springs, FL 32716 | Moore County Tax Collector<br>Post Office Box 428<br>Carthage, NC 28327-0428 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Christy Farquhar<br>1042 Chesterfield Circle<br>Winter Springs, FL 32708 | Navy Federal Credit Union Mortg<br>Post Office Box 3326<br>Merrifield, VA 22119-3326 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Dyck O'Neal<br>Post Office Box 13370<br>Arlington, TX 76094-0370 | Navy Federal Credit Union<br>Post Office Box 3500<br>Merrifield, VA 22119-3500 |
| US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Dyck-O'Neal, Inc.<br>15301 Spectrum Drive<br>Suite 450<br>Addison, TX 75001-6436 | Navy Federal Credit Union<br>Bankruptcy Dept/Attn: Managing Ag<br>PO Box 3000<br>Merrifield, VA 22119-3000 |

Navy Federal Credit Union
Bankruptcy Department
PO Box 3000
Merrifield, VA 22119-3000

Wells Fargo Bank, N.A.
2701 Wells Fargo Way
X9901-L1R
Minneapolis, MN 55467

Navy Federal Credit Union
One Security Place
Merrifield, VA 22119-0001

Wells Fargo Bank, NA
Post Office Box 4233
Portland, OR 97208-4233

Navy Federal Credit Union Mortgage
Attn: Managing Agent
Post Office Box 3326
Merrifield, VA 22119-3326

Wells Fargo Home Equity
Attn: Managing Agent
Post Office Box 31557
Billings, MT 59107

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

Wells Fargo Home Mortgage
Attn: Managing Agent
Post Office Box 10335
Des Moines, IA 50306

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Santander Consumer USA
Post Office Box 25120
Lehigh Valley, PA 18002-5120

Santander Consumer USA**
Bankruptcy Dept/Attn: Managing Agt
Post Office Box 560284
Dallas, TX 75356-0284

Seminole County Tax Office
1101 East First Street
Sanford, FL 32771-1468

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858